JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MICHAEL LEONARD LOVATO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-10-437 WBS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~ ORDER] CONTINUING STATUS CONFERENCE |
| v. | |
| AMADOR ELI ROSALES, et al., | Date: November 7, 2011<br>Time: **9:30 a.m**.<br>Judge: Honorable William B. Shubb |
| Defendants. | |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jill M. Thomas, Assistant United States Attorney, together with counsel for defendant Michael Leonard Lovato, John R. Manning, Esq., counsel for defendant Michael Valentino Lovato, Kelly Babineau, Esq., counsel for defendant Jonathan Gonzalez, Danny D. Brace, Jr., Esq., counsel for defendant Andre Kovacs, James P. Chandler, Esq., counsel for defendant Tony Rosales, Dan F. Koukol, Esq., counsel for defendant Adrianna Cano, Mark J. Reichel, Esq., and counsel for defendant Derick Noble, Timothy E. Warriner, Esq., that the status conference presently set for September 26, 2011 be **continued to November 7, 2011, at 9:30 a.m.,** thus **vacating** the presently set status conference for all defendants with the **exception** of defendant Amador Eli Rosales, who wishes to remain on calendar to enter a change of plea.

    Defense counsel requires additional time to review the voluminous discovery and perform investigation. Therefore, counsel for the parties stipulate and agree that the interests of

justice served by granting this continuance outweigh the best interests of the defendants and the public in a speedy trial.  18 U.S.C. 3161(h)(7)(A) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, November 7, 2011.

IT IS SO STIPULATED.

Dated: September 21, 2011                               /s/  John R. Manning
                                              JOHN R. MANNING
                                              Attorney for Defendant
                                              Michael Leonard Lovato

Dated: September 21, 2011                               /s/  Kelly Babineau
                                              KELLY BABINEAU
                                              Attorney for Defendant
                                              Michael Valentino Lovato

Dated: September 21, 2011                               /s/  Danny D. Brace, Jr.
                                              DANNY D. BRACE, JR.
                                              Attorney for Defendant
                                              Jonathan Gonzalez

Dated: September 21, 2011                               /s/  James P. Chandler
                                              JAMES P. CHANDLER
                                              Attorney for Defendant
                                              Andre Kovacs

Dated: September 21, 2011                               /s/  Dan F. Koukol
                                              DAN F. KOUKOL
                                              Attorney for Defendant
                                              Tony Rosales

Dated: September 21, 2011                               /s/  Mark J. Reichel
                                              MARK J. REICHEL
                                              Attorney for Defendant
                                              Adrianna Cano

Dated: September 21, 2011                               /s/  Timothy E. Warriner
                                              TIMOTHY E. WARRINER
                                              Attorney for Defendant
                                              Derick Noble

Dated: September 21, 2011                                   Benjamin B. Wagner
                                                            United States Attorney

                                                    by:     /s/ Jill M. Thomas
                                                            JILL M. THOMAS
                                                            Assistant U.S. Attorney

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MICHAEL LEONARD LOVATO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>AMADOR ELI ROSALES, et al.,<br><br>    Defendants. | No. CR-S-10-0437 WBS<br><br>ORDER TO<br>CONTINUE STATUS CONFERNCE |

GOOD CAUSE APPEARING, it is hereby ordered that the September 26, 2011 status conference be continued to November 7, 2011 at **9:30 a.m.**  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. 3161(h)(7)(A) and Local Code T4 from the date of this order to November 7, 2011.

IT IS SO ORDERED.
Dated:   September 23, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE