**ERIN J. RADEKIN**
**Attorney at Law  - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ANDRE KOVACS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANDRE KOVACS, et al.<br><br>    Defendant. | Case No. 2:10-CR-00437<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jill Thomas, defendant, Tony Rosales, by and through his counsel, Dan Koukol, defendant, Andrianna Cano, by and through her counsel, Mark Reichel, defendant, Jonathan Gonzalez, by and through his counsel, Danny Brace, defendant, Michael Leonard Lovato, by and through his counsel, John Manning, defendant, Derrick Noble, by and through his counsel, Tim Warriner, and defendant, Andre Kovacs, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, February 27, 2012 at 9:30 a.m., and to continue the status conference until April 2, 2012 at 9:30 a.m., in the courtroom of the Honorable William B. Shubb.

The reason for this request is that Ms. Radekin was just recently appointed to represent Mr. Kovacs in this matter (on January 26, 2012) and has not yet reviewed all discovery.  Further, all counsel need additional time for reviewing discovery, investigation, and other defense preparation

and/or plea negotiations. The Court is advised that Ms. Thomas and all defense counsel listed above concur with this request and have authorized Ms. Radekin to sign this stipulation on their behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until April 2, 2012 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: February 22, 2012          BENJAMIN WAGNER
                                  United States Attorney

                              By:      /s/ Erin J. Radekin for
                                  JILL THOMAS
                                  Assistant United States Attorney

Dated: February 22, 2012              /s/ Erin J. Radekin for
                                  DAN KOUKOL
                                  Attorney for Defendant
                                  TONY ROSALES

Dated: February 22, 2012              /s/ Erin J. Radekin for
                                  MARK REICHEL
                                  Attorney for Defendant
                                  ANDRIANNA CANO

Dated: February 22, 2012              /s/ Erin J. Radekin for
                                  DANNY BRACE
                                  Attorney for Defendant
                                  JONATHAN GONZALEZ

Dated: February 22, 2012              /s/ Erin J. Radekin for
                                  JOHN MANNING
                                  Attorney for Defendant
                                  MICHAEL LEONARD LOVATO

Dated: February 22, 2012              /s/ Erin J. Radekin for
                                  TIM WARRINER
                                  Attorney for Defendant
                                  DERRICK NOBLE

///

1 | Dated: February 22, 2012                         /s/ Erin J. Radekin
                                                     ERIN J. RADEKIN
2                                                    Attorney for Defendant
                                                     ANDRE KOVACS
3

4
                                    **ORDER**
5
    For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of February 27, 2012 at 9:30 a.m. is VACATED and the above-captioned matter is set for status conference on April 2, 2012 at 9:30 a.m.   The court finds excludable time in this matter through April 2, 2012 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   February 22, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-3-