JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MICHAEL LEONARD LOVATO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> AMADOR ELI ROSALES, et al., <br><br> Defendants. | No. CR-S-10-437 WBS <br><br> STIPULATION AND [~~PROPOSED~~ ORDER] CONTINUING STATUS CONFERENCE <br><br> Date: May 7, 2012 <br> Time: 9:30 a.m. <br> Judge: Honorable William B. Shubb |

  IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jill M. Thomas, Assistant United States Attorney, together with counsel for defendant Michael Leonard Lovato, John R. Manning, Esq., counsel for defendant Jonathan Gonzalez, Danny D. Brace, Jr., Esq., counsel for defendant Andre Kovacs, Erin J. Radekin, Esq., counsel for defendant Tony Rosales, Dan F. Koukol, Esq., counsel for defendant Adrianna Cano, Mark J. Reichel, Esq., and counsel for defendant Derick Noble, Timothy E. Warriner, Esq., that the status conference presently set for April 2, 2012 be **continued to May 7, 2012, at 9:30 a.m.,** thus **vacating** the presently set status conference.

  Defense counsel requires additional time to review the voluminous discovery and perform investigation. Therefore, counsel for the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the defendants and the public in a speedy trial. 18 U.S.C. 3161(h)(7)(A) (continuity of counsel/ reasonable time for

1

effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, May 7, 2012.

IT IS SO STIPULATED.

Dated: March 28, 2012  /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Michael Leonard Lovato

Dated: March 28, 2012  /s/ Danny D. Brace, Jr.
DANNY D. BRACE, JR.
Attorney for Defendant
Jonathan Gonzalez

Dated: March 28, 2012  /s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
Andre Kovacs

Dated: March 28, 2012  /s/ Dan F. Koukol
DAN F. KOUKOL
Attorney for Defendant
Tony Rosales

Dated: March 28, 2012  /s/ Mark J. Reichel
MARK J. REICHEL
Attorney for Defendant
Adrianna Cano

Dated: March 28, 2012  /s/ Timothy E. Warriner
TIMOTHY E. WARRINER
Attorney for Defendant
Derick Noble

Dated: March 28, 2012  Benjamin B. Wagner
United States Attorney

by:  /s/ Jill M. Thomas
JILL M. THOMAS
Assistant U.S. Attorney

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based

on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161.  In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, March 28, 2012, to and including May 7, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T4 (reasonable time for defense counsel to prepare).  It is further ordered that the April 2, 2012, status conference shall be continued until May 7, 2012, at 9:30 a.m.

IT IS SO ORDERED.
Dated:      March 29, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE