JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MICHAEL LEONARD LOVATO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-10-437 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | [PROPOSED ORDER] CONTINUING |
| | ) | STATUS CONFERENCE |
| AMADOR ELI ROSALES, et al., | ) | |
| | ) | Date: July 9, 2012 |
| | ) | Time: 9:30 a.m. |
| Defendants. | ) | Judge: Honorable William B. Shubb |
| | ) | |
| | ) | |
| | ) | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jill M. Thomas, Assistant United States Attorney, together with counsel for defendant Michael Leonard Lovato, John R. Manning, Esq., counsel for defendant Jonathan Gonzalez, Danny D. Brace, Jr., Esq., counsel for defendant Andre Kovacs, Erin J. Radekin, Esq., counsel for defendant Tony Rosales, Dan F. Koukol, Esq., counsel for defendant Adrianna Cano, Mark J. Reichel, Esq., counsel for defendant Derick Noble, Timothy E. Warriner, Esq., and counsel for defendant Michael Valentino Lovato, Kelly Babineau, Esq., that the status conference presently set for May 7, 2012 be **continued to July 9, 2012, at 9:30 a.m.,** thus **vacating** the presently set status conference.

Defense counsel requires additional time to review the voluminous discovery and perform investigation.  Therefore, counsel for the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the defendants and the

1  public in a speedy trial.  18 U.S.C. 3161(h)(7)(A) (continuity of counsel/ reasonable time for

2  effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of

3  the order until the date of the status conference, July 9, 2012.

4  IT IS SO STIPULATED.

5

6  Dated: May 1, 2012                          /s/  John R. Manning
                                               JOHN R. MANNING
7                                              Attorney for Defendant
                                               Michael Leonard Lovato
8

9  Dated: May 1, 2012                          /s/  Danny D. Brace, Jr.
                                               DANNY D. BRACE, JR.
10                                             Attorney for Defendant
                                               Jonathan Gonzalez
11

12 Dated: May 1, 2012                          /s/  Erin J. Radekin
                                               ERIN J. RADEKIN
13                                             Attorney for Defendant
                                               Andre Kovacs
14

15 Dated: May 1, 2012                          /s/  Dan F. Koukol
                                               DAN F. KOUKOL
16                                             Attorney for Defendant
                                               Tony Rosales
17

18 Dated: May 1, 2012                          /s/  Mark J. Reichel
                                               MARK J. REICHEL
19                                             Attorney for Defendant
                                               Adrianna Cano
20

21 Dated: May 1, 2012                          /s/  Timothy E. Warriner
                                               TIMOTHY E. WARRINER
22                                             Attorney for Defendant
                                               Derick Noble
23

24 Dated: May 1, 2012                          /s/  Kelly Babineau
                                               KELLY BABINEAU
25                                             Attorney for Defendant
                                               Michael Valentino Lovato
26

27

28

Dated: May 1, 2012

Benjamin B. Wagner
United States Attorney

by:     /s/  Jill M. Thomas
        JILL M. THOMAS
        Assistant U.S. Attorney

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161.  In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, May 1, 2012, to and including July 9, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T4 (reasonable time for defense counsel to prepare).  It is further ordered that the May 7, 2012, status conference shall be continued until July 9, 2012, at 9:30 a.m.


IT IS SO ORDERED.
Dated: May 1, 2012


WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3