JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MICHAEL LEONARD LOVATO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-10-437 WBS |
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~ ORDER] CONTINUING STATUS CONFERENCE |
| AMADOR ELI ROSALES, et al., | Date:  September 10, 2012<br>Time:  9:30 a.m.<br>Judge:  Honorable William B. Shubb |
| Defendants. | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jill M. Thomas, Assistant United States Attorney, together with counsel for defendant Michael Leonard Lovato, John R. Manning, Esq., counsel for defendant Jonathan Gonzalez, Danny D. Brace, Jr., Esq., counsel for defendant Tony Rosales, Dan F. Koukol, Esq., counsel for defendant Adrianna Cano, Mark J. Reichel, Esq., counsel for defendant Derick Noble, Timothy E. Warriner, Esq., and counsel for defendant Michael Valentino Lovato, Kelly Babineau, Esq., that the status conference presently set for July 9, 2012 be **continued to September 10, 2012, at 9:30 a.m.,** thus **vacating** the presently set status conference.

Defense counsel requires additional time to review the voluminous discovery and perform investigation.  Therefore, counsel for the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the defendants and the public in a speedy trial.  18 U.S.C. 3161(h)(7)(A) (continuity of counsel/ reasonable time for

effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, September 10, 2012.

IT IS SO STIPULATED.


Dated: July 5, 2012                                    /s/  John R. Manning
                                                       JOHN R. MANNING
                                                       Attorney for Defendant
                                                       Michael Leonard Lovato

Dated: July 5, 2012                                    /s/  Danny D. Brace, Jr
                                                       DANNY D. BRACE, JR.
                                                       Attorney for Defendant
                                                       Jonathan Gonzalez

Dated: July 5, 2012                                    /s/  Dan F. Koukol
                                                       DAN F. KOUKOL
                                                       Attorney for Defendant
                                                       Tony Rosales

Dated: July 5, 2012                                    /s/  Mark J. Reichel
                                                       MARK J. REICHEL
                                                       Attorney for Defendant
                                                       Adrianna Cano

Dated: July 5, 2012                                    /s/  Timothy E. Warriner
                                                       TIMOTHY E. WARRINER
                                                       Attorney for Defendant
                                                       Derick Noble

Dated: July 5, 2012                                    /s/  Kelly Babineau
                                                       KELLY BABINEAU
                                                       Attorney for Defendant
                                                       Michael Valentino Lovato


Dated: July 5, 2012                                    Benjamin B. Wagner
                                                       United States Attorney

                                              by:      /s/  Jill M. Thomas
                                                       JILL M. THOMAS
                                                       Assistant U.S. Attorney

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161.  In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, July 5, 2012, to and including September 10, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T4 (reasonable time for defense counsel to prepare).  It is further ordered that the July 9, 2012, status conference shall be continued until September 10, 2012, at 9:30 a.m.

IT IS SO ORDERED.
Dated:  July 5, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE