JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MICHAEL LEONARD LOVATO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>AMADOR ELI ROSALES, et al.,<br><br>  Defendants. | No. CR-S-10-437-WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] FINDINGS AND ORDER<br><br>Date: October 22, 2012<br>Time: 9:00 a.m.<br>Judge: Honorable William B. Shubb |

The United States of America through its undersigned counsel, Jill Thomas, Assistant United States Attorney, together with counsel for defendant Michael Leonard Lovato, John R. Manning, Esq., counsel for defendant Jonathan Gonzalez, Danny D. Brace, Jr., Esq., counsel for defendant Tony Rosales, Dan F. Koukol, Esq., counsel for defendant Adrianna Cano, Mark J. Reichel, Esq., counsel for defendant Derrick Noble, Timothy E. Warriner, Esq., and counsel for defendant Michael Valentino Lovato, Kelly Babineau, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on September 10, 2012.

2. By this stipulation, defendants now move to continue the status conference until October 22, 2012 and to exclude time between September 10, 2012 and October 22, 2012 under the Local CodeT-4 (to allow defense counsel time to prepare).

1

3. The parties agree and stipulate, and request the Court find the following:

   a. Counsel for the defendants need additional time to review the discovery, conduct investigation, and interview potential witnesses.

   b. Currently the discovery includes 2,250 pages and six CDs of Pen Data.

   c. Counsel for defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d. The Government does not object to the continuance.

   e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

   f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of September 10, 2012 to October 22, 2012, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(ii) and (iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 6, 2012                               /s/ John R. Manning
                                                       JOHN R. MANNING
                                                       Attorney for Defendant
                                                       Michael Leonard Lovato

Dated: September 6, 2012                               /s/ Danny D. Brace, Jr.
                                                       DANNY D. BRACE, JR.
                                                       Attorney for Defendant
                                                       Jonathan Gonzalez

Dated: September 6, 2012                               /s/ Dan F. Koukol
                                                       DAN F. KOUKOL
                                                       Attorney for Defendant
                                                       Tony Rosales

Dated: September 6, 2012                               /s/ Mark J. Reichel
                                                       MARK J. REICHEL
                                                       Attorney for Defendant
                                                       Adrianna Cano

Dated: September 6, 2012                               /s/ Timothy E. Warriner
                                                       TIMOTHY E. WARRINER
                                                       Attorney for Defendant
                                                       Derick Noble

Dated: September 6, 2012                               /s/ Kelly Babineau
                                                       KELLY BABINEAU
                                                       Attorney for Defendant
                                                       Michael Valentino Lovato

Dated: September 6, 2012                               Benjamin B. Wagner
                                                       United States Attorney

                                          by:          /s/ Jill M. Thomas
                                                       JILL M. THOMAS
                                                       Assistant U.S. Attorney

**ORDER**

IT IS SO FOUND AND ORDERED this 10th day of September, 2012.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE