1   DAN KOUKOL
    Attorney at Law
2   State Bar No. 122526
    11930 Heritage Oak Place, Suite 6
3   Auburn, California 95603
    Telephone: (530) 823-5400
4   Facsimile: (530) 852-0150
    Email: dkoukol@placergroup.com
5
    Attorney for Defendant,
6   **TONY ROSALES**

7
                **IN THE UNITED STATES DISTRICT COURT**
8               **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10  UNITED STATES OF AMERICA,          CASE NO. 2:10-CR-00437-WBS-2

11          Plaintiff,                 STIPULATION AND ~~PROPOSED~~ ORDER

12      vs.                            DATE: December 3, 2012
                                       TIME: 9:30 AM
13  TONY ROSALES,                      JUDGE: Hon. William B. Shubb

14          Defendant.

15  _____

16          It is hereby stipulated and agreed to between the United States of America through Jill

17  Thomas, Assistant U.S. Attorney, and defendant Tony Rosales, by and through his attorney, Dan

18  Koukol, that the status conference of December 3, 2012 be vacated and that a status conference

19  be set for January 28, 2013 at 9:30 AM.

20          This continuance is being requested because the parties need time to review the Pre-Plea

21  Probation Report which was completed on November 27, 2012.

22      / /

23      / /

24      / /

25      / /

                                -1-

1    Counsel agree that the time between the signing of the requested order and January 21,

2  2013 will be excluded from the speedy trial calculation pursuant to 18 U.S.C. §3161(h)(7)(A)

3  and (B) (Local Code T4) in that the defendants' and the public's interest in a speedy trial are

4  outweighed by the interests of justice in permitting counsel adequate time to prepare.

5

6  DATED: NOVEMBER 29, 2012              Respectfully submitted,

7

8                                       /s/ DAN KOUKOL
                                        _____
9                                       DAN KOUKOL
                                        Attorney for defendant Tony Rosales

10

11  DATED: NOVEMBER 29, 2012             Respectfully submitted,

12

13                                      /s/ DAN KOUKOL FOR JILL THOMAS
                                        _____
14                                      JILL THOMAS
                                        Assistant U.S. Attorney

15    **IT IS SO ORDERED,** that the status conference in the above-entitled matter, scheduled

16  for December 3, 2012, be vacated and the matter continued to January 28, 2013 at 9:30 AM for

17  further status conference. The Court finds that time under the Speedy Trial Act shall be excluded

18  through that date in order to afford counsel reasonable time to prepare. Based on the parties'

19  representations, the Court finds that the ends of justice served by granting a continuance

20  outweigh the best interests of the public and the defendants to a speedy trial.

21

    DATED: November 30, 2012

22

23                              WILLIAM B. SHUBB
                                UNITED STATES DISTRICT JUDGE

24

25